FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2014 SEP 16 PM 1:14

Jacksonville Division

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# 2014023282

### CIVIL RIGHTS COMPLAINT FORM

Felix Luis Cuevas-Rodriguez

CASE NUMBER: 3:14-CV-1129-J-34JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

John H. Rutherford, Sheriff
C/O Peoples
John Does (1 through 100) Correctional Guards

— Jury Trial Demand —

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Duval County Jail
(Indicate the name and location)
500 E. Adams St., Jacksonville, FL. 32202

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

NOTE: Plaintiff Reserves His Right To Amend This Action At A Later Time.

III. **PREVIOUS LAWSUITS:** No

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____ N/A _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____N/A_____

_____

IV.  **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Felix Luis Cuevas-Rodriguez  #2014023282

   Mailing address: 500 E. Adams Street, Jacksonville, FL. 32202

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: Sheriff John H. Rutherford

   Mailing Address: Duval County Jail
   500 E. Adams St., Jacksonville, FL. 32202

   Position: Sheriff

   Employed at: Duval County Sheriff's Office and HOC

D.  Defendant: C/O Peoples

   Mailing Address: 500 E. Adams St.,
   Jacksonville, FL. 32202

DC 225 (Rev 2/2012)                              3

Position: _Mail Officer_

Employed at: _Duval County Jail_

E. Defendant: _John Does (1 through 100)_

Mailing Address: _500 E. Adams St._
_Jacksonville, FL. 32202_

Position: _Correctional Guards_

Employed at: _Duval County Jail_

F. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

42 U.S.C.A. 1983; U.S.C.A. Const. Amend. 14; Fed. Rules Civ. Proc. rule 8(a)(1,3), 28 U.S.C.A.; 28 U.S.C.A. §§ 753(f), 1915, 2255; Supreme Court Rules, rule 15, Subd. 1(C), 6 Amend. U.S.C.A. Const. Jurisdiction: 42 USCA 1983 & 1985; 28 USCA 1331, 1332, 1340, 1343, and 1391. Plaintiff seeks Declaratory rel- Injunctive Relief.

Defendants are sued in their Individual and official capacity for acting under Color of State Law. Deprived him of his 6th Amend. right to the US Constitution.

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1) On 8/28/14, Plaintiff was extradited on a (I.A.D.) from Massachusetts to Florida.
2) Upon entering the Duval Jail, Plaintiff was provided with an institutional rules handbook.
3) On 8/28, 8/29, 8/30, 8/31 and 9/1, the plaintiff requested access to the law library but was denied.
4) On 9/2, 9/3, 9/4, 9/5, 9/6, the Plaintiff requested grievance form and was denied.
5) On 9/7, Plaintiff requested to speak with Defendant Peoples regarding access to Law Library and was denied.
6) On 9/8, Plaintiff requested white blank envelopes to write to Court but was denied. (was told 1 per Month).
7) On 9/9, Plaintiff wrote to the Sheriff but no reply was received. Plaintiff explained he is pro se in 6 Civil lawsuits out of Massachusetts, Georgia and Florida and access to the Law Library or people trained in the Law was imminent. Plaintiff has 30 days to reply to a Court Order out of Duval Circuit Court, but due to his indigency, and inability to purchase blank envelopes- has failed to abide by court rules and orders, ultimately, risking the possibility to have his legitimate claims dismissed.

DC 225 (Rev 2/2012)                                                5

7.) On 9/11, the Plaintiff requested a "blue attorney envelope" and was told no more were available, depriving him from corresponding with his criminal attorney handling Duval Criminal Matter. (Attorney Fred Gozala).

8.) Plaintiff is a Pro-se litigant in his Pasco County Circuit Court matter, and also Pro Se, in 2 civil actions currently pending in that jurisdiction. Plaintiff is also Pro Se in Tampa Circuit Court.

9.) On 3/11/13, Plaintiff was involved in an auto accident in I 95 near Pecan Park Rd., where his younger sister died of her injuries. Police and EMT's took 1 hour to arrive and render aid. This matter generated numerous lawsuits against GEICO Insurance, STATE FARM, AAA Insurance, DriveTime Auto, Enterprise Rent-A-Car, Value Pawn, etc..... So far, Plaintiff is handling 6 civil lawsuits in state Courts, but since his arrival to the Duval County Jail, he has been denied access to the Law Library on a daily basis. No legal materials are allowed, No people trained in the law, no adequate Law Library, and access to the Law Library is on a once a month basis, and for only one hour. Plaintiff is currently awaiting on his legal documents to arrive from Massachusetts, upon arrival, he can produce docket #s for each lawsuit/complaint. Further, mail is severally backed up and when it finally arrives, the mail c/o opens it in the Plaintiff's/inmates precense and doing so, destroys the contents and keeps the envelope, denying the inmate of the address of sender. If inmate fails to hear his name the first time, mail is quickly returned to sender, despite the fact mail is called from a shut door with only a door trap the size of "2x3" inches. Plaintiff HEREBY requests a T.R.O. and an emergency hearing concerning this serious Const. violation, and respectfully requests damages in the amount of $400,000. Plaintiff seeks Punitive and declaratory injunctive relief. Plaintiff reserves the right to Amend this complaint @ a later time, and request a trial by Jury. Thank you.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff request that he be allowed, at a later time, to supplement this action with the correct and true names of ea. defendant.

Plaintiff seeks injunctive and declaratory relief, and damages in the amount of $400,000.00. Plaintiff requests an Emergency Hearing and to be heard on a (T.R.O.). (Notary is being denied and No grievance forms are being provided or responded).

Plaintiff seeks T.R.O. with respect to legal materials to correspond with the Courts, and access to the Law Library and legal Photo Copies. Furthermore; Plaintiff respectfully requests to be heard before/prior to the Serving of Summons, and request an emergency hearing with respect to the issue of communicating with the Courts and effectiveness in doing so.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.** Plaintiff Respectfully petitions the appointment of an attorney to assist him in this Complaint.

Signed this 12th day of September, 2014.

Felix L. Cuevas-Rodz
#2014-023282

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 12th day of September, 2014.